# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket Nos. 42590/42591

| | |
|---|---|
| STATE OF IDAHO, | ) 2015 Unpublished Opinion No. 502 |
| | ) |
| Plaintiff-Respondent, | ) Filed: May 22, 2015 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| TRINA RENEE DORMIER, aka | ) THIS IS AN UNPUBLISHED |
| ABRAMSON, | ) OPINION AND SHALL NOT |
| | ) BE CITED AS AUTHORITY |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Steven J. Hippler, District Judge.

Judgments of conviction and unified sentences of twenty-five years with seven years determinate for conspiracy to traffic in methamphetamine and concurrent fifteen years with three years determinate for trafficking in methamphetamine, affirmed.

Sara B. Thomas, State Appellate Public Defender; Reed P. Anderson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GUTIERREZ, Judge;
and GRATTON, Judge

_____

PER CURIAM

In Docket No. 42590, Trina Renee Dormier pled guilty to conspiracy to traffic in methamphetamine. Idaho Code §§ 37-2732B(a)(4)(B), 37-2732B(b), 18-701. The district court sentenced Dormier to a unified sentence of twenty-five years with seven years determinate. In Docket No. 42591, Dormier pled guilty to trafficking in methamphetamine, I.C. § 37-2732B(a)(4). The district court sentenced Dormier to a concurrent unified sentence of fifteen

1

years with three years determinate.  Dormier appeals asserting that the district court abused its discretion by imposing excessive sentences.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Dormier's judgments of conviction and sentences are affirmed.